

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jennifer Cambas and Lawrence Cambas, Appellants

No. 06-24-00073-CV     v.

Trinity Roofing & Restoration, LLC, Appellee

Appeal from the 57th District Court of Bexar County, Texas (Tr. Ct. No. 2021-CI-22664). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants, Jennifer Cambas and Lawrence Cambas, pay all costs incurred by reason of this appeal.

RENDERED MAY 15, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk